FRANK E. MAXIM, Respondent, *v.* THE TOWN OF CHAMPION, Appellant.

(Argued December 20, 1889; decided January 14, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the fourth judicial department, entered upon an order made November 13, 1888, which affirmed a judgment in favor of plaintiff entered upon a verdict, and affirmed an order denying a motion for a new trial.

*D. G. Griffin* for appellant.

*Geo. S. Hooker* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.